UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POR-SHUN, INC. <br><br> *Plaintiff*, <br><br> v. <br><br> BRUCE JENKS, d/b/a/ MAPLE VALLEY CREAMERY <br> *Defendant*. <br><br> ──────────────────────── <br><br> BRUCE JENKS, d/b/a MAPLE VALLEY CREAMERY <br> *Counterclaimant,* <br><br> v. <br><br> POR-SHUN, INC. <br> *Counterdefendant.* | CIVIL ACTION <br> CASE NO. 1:11-cv-11763-RBC |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Timothy Cornell, counsel for Defendant/Counterclaimant Bruce Jenks in the above-captioned matter, is no longer affiliated with Perry, Krumsiek & Jack LLP.  Mr. Cornell is now affiliated with the firm of Mueller Law, PLLC, headquartered at 404 West 7th Street, Austin, TX 78701; tel.: (860) 560-8173; fax: (860) 560-8175.

Respectfully submitted,

1

2

|  |  |
|---|---|
|  | /s/ *Timothy Cornell*_____ |
| Boston, Massachusetts | Timothy Cornell  (BBO#654412) |
| August 10, 2012 | 404 West 7th Street  Austin, TX 78701 |
|  | (860) 560-8173 |
|  | tcornell@muellerpierce.com |
|  |  |
|  | *For Defendant/Counterclaimant Bruce Jenks d/b/a Maple Valley Creamery* |